1  RICHARD C. RYBICKI, State Bar No. 160096
   rrybicki@dpf-law.com
2  BRANDON R. BLEVANS, State Bar No. 197281
   PATRICK B. SUTTON, State Bar No. 223186
3  MARLO S. COHEN, State Bar No. 247311
   DICKENSON, PEATMAN & FOGARTY
4  A Professional Corporation
   809 Coombs Street
5  Napa, California 94559
   Telephone: (707) 252-7122
6  Facsimile: (707) 255-6876

7  Attorneys for Plaintiff
   GOLDEN GATE RESTAURANT ASSOCIATION

                       UNITED STATES DISTRICT COURT

                      NORTHERN DISTRICT OF CALIFORNIA

| GOLDEN GATE RESTAURANT ASSOCIATION, an incorporated non-profit trade association, | CASE NO. C 06-6997 JSW |
|---|---|
| Plaintiff, | **PLAINTIFF GOLDEN GATE RESTAURANT ASSOCIATION'S NOTICE OF SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER** |
| vs. | [Civ. L.R. 11-5; Gen. Order 45(IV)(E)] |
| CITY AND COUNTY OF SAN FRANCISCO and Does 1 through 15, inclusive, | |
| Defendant. | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Effective February 1, 2007, all attorneys with Rybicki & Blevans, LLP have become attorneys with Dickenson, Peatman & Fogarty, A Professional Corporation. All counsel of record for plaintiff Golden Gate Restaurant Association have updated or will update their Electronic Case Filing information as required by General Order 45(IV)(B) and with the State Bar of California.

Plaintiff Golden Gate Restaurant Association has assented to this proposed Substitution of Counsel and has retained Dickenson, Peatman & Fogarty to represent it in this matter. Contact information for Dickenson, Peatman & Fogarty (apart for materials filed and served via ECF) is:

> Dickenson, Peatman & Fogarty
> A Professional Corporation
> 809 Coombs Street
> Napa, CA 94559
>
> Telephone:        707.252.7122
> Facsimile:        707.255.6876
> Electronic Mail:  rrybicki@dpf-law.com

Accordingly, Golden Gate Restaurant Association respectfully requests that the Court approve the replacement of Rybicki & Blevans, LLP by Dickenson, Peatman & Fogarty (pursuant to General Order 45(IV)(E)) with continued representation by the existing attorneys of record.

Dated: February 5, 2007.

                /s/
        Richard C. Rybicki

## [PROPOSED] ORDER

IT IS ORDERED that Dickenson, Peatman & Fogarty shall replace Rybicki & Blevans, LLP as law firm of record for plaintiff Golden Gate Restaurant Association in this matter. Each existing attorney of record shall remain counsel of record and shall update his Electronic Case Filing information as required by General Order 45(IV)(B).

Dated: 02/06/07

Hon. Jeffrey S. White
United Stated District Court

