RICHARD C. RYBICKI, State Bar No. 160096
rrybicki@dpf-law.com
BRANDON R. BLEVANS, State Bar No. 197281
PATRICK B. SUTTON, State Bar No. 223186
MARLO S. COHEN, State Bar No. 247311
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
GOLDEN GATE RESTAURANT ASSOCIATION

DENNIS J. HERRERA, State Bar No. 139669
City Attorney
WAYNE SNODGRASS, State Bar No. 148137
VINCE CHHABRIA, State Bar No. 208557
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:   (415) 554-4674
Facsimile:   (415) 554-4747
E-Mail:      vince.chhabria@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE RESTAURANT ASSOCIATION, an incorporated non-profit trade association,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and Does 1 through 15, inclusive,<br><br>　　　　Defendant. | CASE NO. C 06-6997 JSW<br><br>**STIPULATION RE: BRIEFING SCHEDULE AND HEARING DATE; [PROPOSED] ORDER** |

**STIPULATION RE: BRIEFING SCHEDULE AND HEARING DATE; [PROPOSED] ORDER**　　　　Case No. C 06-6997 JSW

# STIPULATION RE: BRIEFING SCHEDULE AND HEARING DATE

Plaintiff Golden Gate Restaurant Association and defendant City and County of San Francisco stipulate as follows:

1. This suit concerns the alleged preemption of portions of the San Francisco Health Care Security Ordinance, City and County of San Francisco Administrative Code sections 14.1 - 14.8, by the Employee Retirement Income Security Act, 29 U.S.C. 1001 *et seq.*

2. Certain allegedly preempted portions of the ordinance are scheduled to become effective on July 1, 2007.

3. The parties continue to meet and confer regarding the progress of this suit and planned motions for summary judgment by both the plaintiff and the defendant.

4. The pending implementation date of certain ordinance portions creates time pressure for both parties to move forward with motions for summary judgment. It is possible, however, that the current implementation date will be amended – and a delayed date adopted – under recommendations recently made to the City and County of San Francisco regarding the ordinance.

5. The Clerk of the Court requested that the parties submit an agreed briefing schedule to set briefing timelines and to ensure a hearing date for the planned motion(s). Because the effective dates may not be amended, the parties have met and conferred to create a schedule that would allow hearing of summary judgment motions prior to the implementation date of the ordinance.

6. The parties request the following briefing and hearing schedule:

    a.    April 28, 2007:    File motion(s) and supporting papers

    b.    May 11, 2007:    File opposition(s) and supporting papers

    c.    May 18, 2007:    File reply briefs and supporting papers

    d.    June 1, 2007:    Hearing on motion(s)

7. The parties request that, if the operative date of all employer requirements under the ordinance is deferred until at least January 1, 2008, this briefing schedule be vacated. If the schedule is vacated, all further motion scheduling shall be done in the manner provided by the Federal Rules of Civil Procedure and local rules.

8. The fact that defendant City and County of San Francisco entered into this stipulation shall not prohibit any ripeness, mootness or other arguments against justiciability it may make at any time during this litigation.

Dated: February 26, 2007

By:_____/s/_____
RICHARD C. RYBICKI
Attorney for Plaintiff
GOLDEN GATE RESTAURANT ASSOCIATION

Dated: February 26, 2007

By:_____/s/_____
VINCE CHHABRIA
Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**STIPULATION RE: BRIEFING SCHEDULE AND HEARING DATE; [PROPOSED] ORDER**      3      **Case No. C 06-6997 JSW**

**[PROPOSED] ORDER**

IT IS SO ORDERED. The proposed briefing schedule and hearing date are adopted. If the operative date of all employer requirements within the San Francisco Health Care Security Ordinance are deferred until at least January 1, 2008, the briefing schedule be vacated and all further stipulation of the further motion scheduling shall be done in the manner provided by ~~the Federal Rules of Civil~~ parties or by order of this Court. ~~Procedure and local rules~~. The parties shall inform the Court within five days if the operative date of all employer requirements under the ordinance is deferred until at least January 1, 2008.

Dated: February 26, 2007

_____
Hon. Jeffrey S. White
Judge, United States District Court

STIPULATION RE: BRIEFING SCHEDULE AND HEARING DATE; [PROPOSED] ORDER     4     Case No. C 06-6997 JSW