| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137 |
| | VINCE CHHABRIA, State Bar #208557 |
| 3 | Deputy City Attorneys |
| | City Hall, Room 234 |
| 4 | 1 Dr. Carlton B. Goodlett Place |
| | San Francisco, California 94102-4682 |
| 5 | Telephone: (415) 554-4674 |
| | Facsimile: (415) 554-4747 |
| 6 | E-Mail: vince.chhabria@sfgov.org |

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE RESTAURANT ASSOCIATION, an incorporated non-profit trade association, | Case No. C06-6997 JSW |
| Plaintiff, | **STIPULATED APPLICATION TO RESET HEARING DATE AND ALTER BRIEFING SCHEDULE, [PROPOSED] ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO and Does 1 through 15, inclusive, | |
| Defendants. | |

**STIPULATED APPLICATION**

This lawsuit challenges the portion of San Francisco's Health Care Security Ordinance ("HCSO") that requires employers to make health care expenditures on behalf of their employees. This employer spending requirement becomes operative on January 1, 2008. The parties believe this matter can be resolved by summary judgment.

On April 9, 2007, this Court filed an order setting a hearing for dispositive motions in the above-captioned matter for September 14, 2007. On May 14, 2007, a Clerk's Notice was issued

Stipulated Application and Proposed Order  1  n:\govlit\li2006\070696\00028795.doc
C06-6997 JSW

1  vacating the September 14th hearing date and setting a hearing for dispositive motions on October 12,
2  2007.
3        By this application, the parties respectfully request that the hearing for dispositive motions be
4  moved up to Friday, August 31, 2007.  Given that the employer spending requirement takes effect
5  January 1, 2008, it is in the interest of the plaintiffs and the defendants – as well as San Francisco
6  employers and employees at large – to obtain a prompt ruling on the validity of the mandate.  The
7  parties have also stipulated that opening briefs be filed July 13, 2007, oppositions be filed August 3,
8  2007, and any replies be filed August 17, 2007.
9        A proposed order is attached.

Dated:  May 25, 2007

                By: _____/s/_____
                      VINCE CHHABRIA

                      Attorney for Defendant
                      CITY AND COUNTY OF SAN FRANCISCO


Dated:  May 25, 2007

                By: :_____/s/_____
                      STACEY LEYTON

                      Attorney for Defendants/Intervenors
                      SAN FRANCISCO CENTRAL LABOR COUNCIL, ET AL.


Dated:  May 25, 2007

                By: :_____/s/_____
                      RICHARD C. RYBICKI

                      Attorney for Plaintiff
                      GOLDEN GATE RESTAURANT ASSOCIATION

**ORDER**

A hearing on any dispositive motions in the above-captioned matter shall be conducted on Friday, August 31, 2007 at 9:00 a.m. at 450 Golden Gate Avenue, San Francisco, CA, 17th Floor, Courtroom 2. Opening briefs shall be filed no later than July 13, 2007, oppositions shall be filed no later than August 3, 2007, and any replies shall be filed no later than August 17, 2007.

**IT IS SO ORDERED.**

DATED: May 25, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE