DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation
Richard C. Rybicki (CSB 160096) (rrybicki@dpf-law.com)
Brandon R. Blevans (CSB 197281) (bblevans@dpf-law.com)
Patrick B. Sutton (CSB 223186) (psutton@dpf-law.com)
Marlo S. Cohen (CSB 247311) (mcohen@dpf-law.com)
809 Coombs Street
Napa, CA 94559
Tel.: 707.252.7122 / Fax: 707.255.6876

Attorneys for Plaintiff
GOLDEN GATE RESTAURANT ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE RESTAURANT ASSOCIATION, an incorporated non-profit trade association,<br><br>Plaintiff,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and Does 1 through 15, inclusive,<br><br>Defendants.<br>_____<br><br>SAN FRANCISCO CENTRAL LABOR COUNCIL; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1021; SEIU UNITED HEALTHCARE WORKERS-WEST; and UNITE HERE! LOCAL 2,<br><br>Intervenor Defendants. | Case No. C 06-6997 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY RESPONSES AND EXPERT DISCOVERY** |

Plaintiff Golden Gate Restaurant Association, defendant City and County of San Francisco, and Intervenor-Defendants stipulate as follows:

/ / /

1. On August 1, 2007, plaintiff Golden Gate Restaurant Association ("GGRA") served Interrogatories and Requests for Production of Documents on defendant City and County of San Francisco and on the Intervenor-Defendants ("GGRA's Current Discovery"). Responses to GGRA's Current Discovery are due on August 31, 2007.

2. The discovery cutoff and initial expert disclosure dates in this matter are August 31, 2007.

3. Defendants requested that GGRA grant an extension of time to respond to discovery, and for initial expert disclosures, given the parties' pending summary judgment motions.

4. For these reasons, the parties stipulate that:

    a. Defendants' time to respond to GGRA's Current Discovery shall be extended to November 19, 2007, or two weeks after the Court decides the parties' summary judgment motions, whichever is first.

    b. Plaintiff's time to move to compel responses or further responses, and production or further production, in response to GGRA's Current Discovery shall be extended to two weeks after the defendants' responses are due.

    c. Initial expert disclosures shall be extended to November 19, 2007, or two weeks after the Court decides the parties' summary judgment motions, whichever is first. Expert discovery schedule shall follow the timing set by the Court in its initial scheduling order.

Dated: August 30, 2007        By:_____/s/_____
                                 PATRICK B. SUTTON
                                 Attorney for Plaintiff
                                 GOLDEN GATE RESTAURANT ASSOCIATION

Dated: August ___, 2007       By:_____/s/_____
                                 VINCE CHHABRIA
                                 Attorney for Defendant
                                 CITY AND COUNTY OF SAN FRANCISCO

Dated: August ___, 2007       By:_____/s/_____
                                 STACEY LEYTON
                                 Attorneys for Intervenor-Defendant
                                 SAN FRANCISCO CENTRAL LABOR COUNCIL,
                                 et al.

STIPULATION AND PROPOSED ORDER RE: DISCOVERY RESPONSES AND EXPERT DISCOVERY
Case No. C 06-6997 JSW

**[PROPOSED] ORDER**

1
2    IT IS SO ORDERED.
3
4  Dated: August 31, 2007                  _____
5                                          Hon. Jeffrey S. White
                                           Judge, United States District Court