DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4674
Facsimile: (415) 554-4747
E-Mail: vince.chhabria@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE RESTAURANT ASSOCIATION, an incorporated non-profit trade association,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and Does 1 through 15, inclusive,<br><br>Defendants. | Case No. C06-6997 JSW<br><br>**STIPULATED APPLICATION RE DISCOVERY DEADLINES, [PROPOSED] ORDER** |

**STIPULATED APPLICATION**

On August 1, 2007, GGRA served Interrogatories and Requests for Production of Documents on the City and on Intervenor-Defendants. On August 31, 2007, following a stipulation by the parties, the Court ordered that Defendants' time to respond to this discovery be extended to November 19, 2007, or two weeks after the Court decides the parties' summary judgment motions, whichever is first. The Court further ordered that GGRA's time to move to compel responses or further responses to the discovery requests be extended to two weeks after Defendants' responses are due. Finally, the

1  Court ordered that the time for expert disclosures be extended to November 19, 2007, or two weeks
2  after the Court decides the parties' summary judgment motions, whichever is first.
3       Because November 19, 2007 is approaching, and because a ruling granting summary
4  judgment to either side would obviate the above-referenced deadlines, the parties have agreed that the
5  deadline for the Defendants to respond to GGRA's discovery reqests should simply be set for two
6  weeks following the Court's ruling on the summary judgment motions. The parties further agree that
7  GGRA's deadline to file a motion to compel responses or further responses to discovery requests be
8  set at four weeks following the Court's ruling on the summary judgment motions. Finally, the parties
9  agree that the time for expert disclosures be set for two weeks following the Court's ruling on the
10  summary judgment motions.
11       A proposed order is attached.
12  Dated: November 14, 2007

By: _____/s/_____
    VINCE CHHABRIA

    Attorney for Defendant
    CITY AND COUNTY OF SAN FRANCISCO

Dated: November 14, 2007

By: : _____/s/_____
    STACEY LEYTON

    Attorney for Defendants/Intervenors
    SAN FRANCISCO CENTRAL LABOR COUNCIL, ET AL.

Dated: November 14, 2007

By: : _____/s/_____
    RICHARD C. RYBICKI

    Attorney for Plaintiff
    GOLDEN GATE RESTAURANT ASSOCIATION

**ORDER**

Defendants' responses to GGRA's discovery requests shall be due 14 days following the Court's ruling on the cross-motions for summary judgment in the above-captioned matter. GGRA's deadline to file a motion to compel responses or further responses shall be 28 days following the Court's ruling. The date for expert disclosures shall be 14 days following the Court's ruling. In the event the Court grants summary judgment to either side, these deadlines shall automatically be vacated.

**IT IS SO ORDERED.**

DATED: <u>November 14</u>, 2007        _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE