1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   VINCE CHHABRIA, State Bar #208557
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
5  Telephone:    (415) 554-4674
   Facsimile:    (415) 554-4747
6  E-Mail:       vince.chhabria@sfgov.org

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8
   STEPHEN P. BERZON, State Bar #46540
9  SCOTT A. KRONLAND, State Bar #139669 State Bar #171693
   STACEY LEYTON, State Bar #203827
10 ALTSHULER BERZON, LLP
   177 Post Street, Suite 300
11 San Francisco, CA  94108
   Telephone:    (415) 421-7151
12 Facsimile:    (415) 362-8064

13 Attorneys for Intervenors
   SAN FRANCISCO CENTRAL LABOR COUNCIL, ET AL.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE RESTAURANT ASSOCIATION, an incorporated non-profit trade association,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and Does 1 through 15, inclusive,<br><br>        Defendants,<br><br>  and<br><br>SAN FRANCISCO CENTRAL LABOR COUNCIL, SERVICE EMPLOYEES INTERNATIONAL UNION ("SEIU") LOCAL 1021, SEIU UNITED HEALTHCARE WORKERS-WEST, and UNITE-HERE!, LOCAL 2,<br><br>        Intervenors. | Case No. C06-6997 JSW<br><br>**[PROPOSED] ORDER [GRANTING] [DENYING] EX PARTE APPLICATION FOR STAY PENDING APPEAL** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The ex parte application by the City and County of San Francisco for a stay of the judgment pending appeal is _____.

Dated: _____, 2007

By:_____
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE