1  Matthew Ross (SBN 084703)
   Philip Monrad (SBN 151073)
2  LEONARD CARDER, LLP
   1330 Broadway, Suite 1450
3  Oakland, CA 94612
   Telephone: (510) 272-0169
4  Fax: (510) 272-0174
   pmonrad@leonardcarder.com
5  mross@leonardcarder.com

6  Attorneys for Intervenor
   UNITE-HERE! Local 2
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 GOLDEN GATE RESTAURANT            Case No. C06-6997 JSW
   ASSOCIATION, an incorporated non-profit
13 trade association,                **INTERVENOR-DEFENDANT UNITE
                                     HERE LOCAL 2's NOTICE OF
14          Plaintiff,               SUBSTITUTION OF COUNSEL AND
                                     [PROPOSED] ORDER**
15     v.

16
   CITY AND COUNTY OF SAN FRANCISCO
17 and Does 1 through 15, inclusive,

18          Defendants

19      and

20 SAN FRANCISCO CENTRAL LABOR
   COUNCIL, SERVICE EMPLOYEES
21 INTERNATIONAL UNION ("SEIU")
   LOCAL 1021, SEIU UNITED
22 HEALTHCARE WORKERS-WEST, and
   UNITE-HERE!  LOCAL 2,
23
            Intervenor-Defendants.
24

25

26

27

28

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169  •  FAX:(510) 272-0174

**INTERVENOR-DEFENDANT UNITE HERE LOCAL 2's**
**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that one of the intervenor-defendants in this matter, UNITE HERE

LOCAL 2, hereby substitutes Leonard Carder, LLP for Altshuler Berzon, LLP as its counsel of

record in this action.  The contact information for new counsel is:

> Philip C. Monrad
> pmonrad@leonardcarder.com
> Matt Ross
> mross@leonardcarder.com
> Leonard Carder, LLP
> 1330 Broadway, Suite 1450
> Oakland, CA 94612
> Telephone: (510) 272-0169
> Fax: (510) 272-0174

Dated:  July 8, 2010                      LEONARD CARDER, LLP


                                          _____/s/ Philip C. Monrad_____
                                              Philip C. Monrad

                                          Attorneys for Intervenor UNITE-HERE! Local 2


**CONSENT TO SUBSTITUTION**

   We consent to the substitution.


Dated:  July 8, 2010

                                          _____/s/  Scott A. Kronland_____
                                              Scott A. Kronland

                                          ALTSHULER BERZON LLP


**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:  ____July 8, 2010_____ _

                                          _____
                                          Hon. Jeffrey S. White
                                          UNITED STATES DISTRICT JUDGE

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL. (510) 272-0169  •  FAX (510) 272-0174