1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   VINCE CHHABRIA, State Bar #208557
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
5  Telephone:    (415) 554-4674
   Facsimile:    (415) 554-4747
6  E-Mail:       vince.chhabria@sfgov.org

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE RESTAURANT ASSOCIATION, an incorporated non-profit trade association,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and Does 1 through 15, inclusive,<br><br>Defendants,<br><br>and<br><br>SAN FRANCISCO CENTRAL LABOR COUNCIL, SERVICE EMPLOYEES INTERNATIONAL UNION ("SEIU") LOCAL 1021, SEIU UNITED HEALTHCARE WORKERS-WEST, and UNITE-HERE!, LOCAL 2,<br><br>Intervenors. | Case No. C06-6997 JSW<br><br>[PROPOSED] ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT |

ORDER GRANTING MOTIONS FOR SUMMARY
JUDGMENT
C06-6997 JSW

n:\govlit\li2006\070696\00638967.doc

Pursuant to the opinion of the United States Court of Appeals for the Ninth Circuit dated September 30, 2008, and the mandate issued by that Court on March 17, 2009, the motions for summary judgment filed by the City and County of San Francisco ("City") and Intervenors San Francisco Central Labor Council, Service Employees International Union Local 1021, SEIU United Healthcare Workers-West, and UNITE-HERE!, Local 2 ("Intervenors") are granted.

**IT IS SO ORDERED.**

Dated:  August 10, 2010

By: _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE